Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

DIRECTO HISPANIC, LLC, a Florida Limited Liability Company *Plaintiff*

vs

DIRECTO HISPANO, form unknown *Defendant*

FILED
2008 AUG 22 PM 3:55
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ KWK _____ DEPUTY

**SUMMONS IN A CIVIL ACTION**
Case No.

'08 CV 1560 JLS WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

John M. Kim (Bar No. 188997)
IP Legal Advisors, P.C.
1940 Garnet Avenue, Suite 230
San Diego, CA 92109

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK
K. HAMERLY
By _____, Deputy Clerk

AUG 22 2008
DATE

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)